JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY ORIN, on behalf of herself and all others similarly situated and on behalf of the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>CAL. DEL. U.S.A. INC.,<br><br>    Defendant. | Case No. CV 23-3404 FMO (KSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Lindsay Orin shall be paid a service payment of $5,000.00 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $62,500.00 in attorney's fees, and $9,982.36 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. ILYM shall be paid its fees and expenses in accordance with the terms of the Settlement Agreement and the Order.

4. The LWDA shall be paid $7,500.00 pursuant to the Settlement Agreement.

5. All class members who did not validly and timely request exclusion have released their claims against any of the released parties (as defined in the Settlement Agreement) as set forth in this Order and the Settlement Agreement.

6. Except as to any class members who have validly and timely requested exclusion, this action is dismissed with prejudice, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 25th day of November, 2024.

                                                     /s/
                                    Fernando M. Olguin
                                United States District Judge